(A) In the Matter of the Claim of Frank Prentky, Appellant, v. Casino Novelty & Embroidery Company et al., Respondents. Workmen's Compensation Board, Respondent. (B) In the Matter of Walter R. Watson, Jr., Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent. (C) In the Matter of the Claim of Dorothy Johnson, Appellant, v. Plotmar Realty Corp. et al., Respondents. Workmen's Compensation Board, Respondent.— Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

(A) The People of the State of New York, Respondent, v. Winfield I. Nicholson, Appellant. (B) The People of the State of New York, Respondent, v. Lyle Green, Appellant.—